# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIA CATALINA ZUNIGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION, NORTH AMERICAN TITLE, AMERICAN HOME MORTGAGE SERVICING, INC., WELLS FARGO BANK, N.A., as trustee, EMC MORTGAGE CORPORATION & DOES 1 through 20,<br><br>Defendants. | CASE NO. 09cv1030-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed her complaint on May 12, 2009. Defendant Option One Mortgage ("Option One") moved to dismiss, and also moved for sanctions pursuant to Fed. R. Civ. P. 11(c). At a hearing on the issue of sanctions, Plaintiff's counsel admitted the complaint was deficient and should have been withdrawn, but represented he had been seriously ill and had to be hospitalized. He requested, and was granted, leave to file an amended complaint. Because it appeared the lapse was caused in part by Plaintiff's counsel's illness, the Court declined to impose monetary sanctions but cautioned Plaintiff's counsel he must comply with Rule 11(b).

/ / /

Plaintiff then filed an amended complaint bringing four claims against Option One, which is now the sole remaining Defendant.  On February 19, Option One filed a motion to dismiss (the "Motion to Dismiss," docket no. 30), which was noticed for hearing on Monday, April 12, 2010 at 11:15 a.m.  Under Civil Local Rule 7.1(e)(2), Plaintiff's opposition was due Monday, March 29, but Plaintiff has filed none.  On April 5, Option One filed a pleading styled as a reply brief, which in fact was a notice pointing out Plaintiff had failed to oppose the motion to dismiss and requesting the Court to dismiss the amended complaint.  Plaintiff did not respond.

Under Civil Local Rule 7.1(f)(3)(c), failure to oppose a motion as required under Rule 7.1(e)(2) can constitute consent to the granting of that motion.  The Court therefore construes Plaintiff's failure to oppose the Motion to Dismiss as consent to its being granted.  The hearing on the motion currently on calendar for Monday, April 12 is hereby **VACATED**.  The Motion to Dismiss is **GRANTED**.  As requested in the motion, the complaint is **DISMISSED WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED**.

DATED: April 6, 2010

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge